1   $600,000.

2       Q.   Pardon?

3       A.   600,000 that I put in cash.

4       Q.   For the Swanner?

5       A.   Yes.

6       Q.   You said you put a million in.  So the other

7   400,000 was for --

8       A.   It just came in the next two or three years

9   buying property.  I was putting money in there back and

10  forth.  I don't remember exactly how much I put in.

11      Q.   So SEC Venture Group was buying other

12  properties?

13      A.   They bought properties on the negative cash

14  flows that I supported from my money.  How much that

15  was I do not know.  I don't have an exact idea.

16      Q.   I appreciate that.  An estimate is fine.  I

17  think you estimated a million dollars.

18      A.   Up to a million dollars.

19      Q.   Up to a million dollars.  It wouldn't be up to

20  $2 million.  It wouldn't be up to one and a half

21  million dollars.

22      A.   No.

23      Q.   It was certainly over the 600,000 because that

24  was your initial investment to purchase the Swanner

25  properties?

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 1 of 37

1      A.   Yes.

2      Q.   Did Juan Carmona ever put cash into Chopra

3  Enterprises Corporation?

4      A.   He may have loaned some money to it.  I'm not

5  sure.

6      Q.   Okay.  So there's the Shiva Venture Group,

7  Inc. doing business as Innova Financial Group?

8      A.   Uh-huh.

9      Q.   Is that an accurate description of Shiva

10  Venture Group?

11      A.   Yes.

12      Q.   It is a corporation.

13           It was doing business as Innova Financial

14  Group?

15      A.   Yes.

16      Q.   Was it doing business as any other type of

17  entity?

18      A.   Innova I think was doing SEC Real Estate.  SEC

19  Real Estate.

20      Q.   Can you explain that?

21      A.   SEC Real Estate, Inc. doing business as two --

22  Innova and SEC Real Estate.

23      Q.   Okay.  So Shiva Venture Group, Inc. was doing

24  business as Innova Financial Group and SEC Venture?

25      A.   SEC Real Estate.

Case: 10-05196   Doc# 105-4   Filed: 08/10/12   Entered: 08/10/12 15:17:46   Page 2 of 37

1    Q.   SEC Real Estate?

2    A.   Yes.

3    Q.   Separate from SEC Venture Group?

4    A.   Yes.

5    Q.   What does the "SEC" stand for?

6    A.   It stands for my daughter, my son's name and

7    my last name.

8    Q.   What was your son's name again?

9    A.   Evan.

10   Q.   Sonia Evan Chopra?

11   A.   Chopra.

12   Q.   Okay.  And Sonia Evan Chopra Real Estate was

13   not an Inc.?

14   A.   No.

15   Q.   So it was just doing business -- Shiva Venture

16   Group, Inc. was doing business as partially SEC Real

17   Estate?

18   A.   Yeah, but I'm not sure.  Maybe we changed --

19   made SEC into a -- changed the names and that became

20   SEC, Inc.  I'm not sure.  But right now you're right.

21   They're doing DBA to those two companies.

22   Q.   What was the purchase of Shiva Venture Group

23   aside from operating as Innova and SEC Real Estate?

24   A.   Brokerage.  Buying and selling.  Commissions

25   and properties and doing loans.

TORREANO SHORTHAND REPORTING (866) 760-DEPO

1      Q.   Are any of these still operational?  You said

2  that Innova Financial Group was --

3      A.   I gave -- I sold it to Juan two years ago.

4      Q.   You gave --

5      A.   I sold my stock to Juan.  All the stock was

6  sold to Juan.

7      Q.   Is that Juan Carmona?

8      A.   Yes.

9      Q.   All your stock in Shiva Venture Group?

10     A.   Yes.

11     Q.   Does that mean along with it came -- went

12 Innova Financial and SEC Real Estate?

13     A.   Yes.  He was operating that.

14     Q.   How much did you sell it for?

15     A.   Zero.  Nothing.  I just gave him the stock.

16 Gave back the stock to the company.

17     Q.   I'm sorry.  You gave it back?

18     A.   Back to the corporation.

19     Q.   Who were the board members of the corporation?

20     A.   Juan, Ed Naylor.

21     Q.   Can you spell that?

22     A.   Ed Naylor.  He's a broker.  And Juan Carmona.

23     Q.   Okay.

24     A.   And myself.

25     Q.   Is Ed Naylor still involved --

Case: 10-05196   Doc# 105-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 4 of 37

1      A.   I don't know.

2      Q.   -- with Shiva Venture Group?

3      A.   I have no idea.  I sold it two years ago and

4    Juan ended up operating the company.

5      Q.   You when say you sold -- I'm trying to -- you

6    sold it or you gave it?

7      A.   I sold my stock back to the corporation.

8      Q.   You sold it back.  For?

9      A.   Nothing.

10     Q.   You sold it for nothing?

11     A.   Yeah.  Because the company was worth nothing.

12   And Juan operated the company after that.

13     Q.   As far as you know, it doesn't have any --

14     A.   No assets.

15     Q.   When did you say you did this?

16     A.   Two or three years ago.  I think you have the

17   records I produced for you.

18     Q.   JMD?

19     A.   Yes.

20     Q.   What type of company is JMD?

21     A.   I have no idea.  It's owned by Juan Carmona.

22     Q.   Is it -- is it an inc.?  Is it an LLC?

23     A.   I do not know.  I can't recollect.

24     Q.   It's owned by Juan Carmona?

25     A.   Yes.

Case: 10-05196   Doc: 108-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 5 of 37

1    Q.   Did you have any ownership interest in it?

2    A.   No.

3    Q.   Do you know of anyone else who had an

4    ownership interest in JMD?

5    A.   No.

6    Q.   Caroline Clayton, LLC, who owned that?

7    A.   Owned by Juan, Dave Cagley and myself.

8    Q.   Is it still operational?

9    A.   No.

10   Q.   When did it operate?

11   A.   The same time as SEC, 2004 to 2008.  '07 or

12   '08.

13   Q.   Did they work together?  Is that how you know

14   it's the same time as SEC?

15   A.   No.  But they had this property in the same

16   location.

17   Q.   Where was that?

18   A.   Alabama.

19   Q.   And when you say "SEC," it says SEC Venture

20   Group, not SEC Real Estate.

21        You said that company is not operational

22   anymore?

23   A.   I sold that company.

24   Q.   To?

25   A.   To Dilip for $5,000.

Case: 10-05196    Doc# 103-4    Filed: 08/10/12    Entered: 08/10/12 15:17:40    Page 6 of 37

```
1        Q.   When did you sell it?

2        A.   2009.

3        Q.   Prior to bankruptcy or after?

4        A.   Prior to bankruptcy.

5        Q.   January 2009?

6        A.   Approximately sometime there, but all the

7   properties are foreclosed now.  All the properties is

8   foreclosed on those except for one property.

9        Q.   Anybody else own Caroline Clayton, LLC with

10  Dilip?

11       A.   I have no idea.  I don't think it's

12  operational anymore.  You'd have to ask Dilip that

13  question.

14       Q.   Dilip Gunawardena?

15       A.   Yes.

16       Q.   And the investments?

17       A.   I owned 50 percent initially with Narinder

18  Bains and his wife and then I gave it back to them.

19       Q.   This is a company -- this is an LLC that you

20  started with Narinder Bains and his wife?

21       A.   Yes.

22       Q.   You had 50 percent and they had 50 percent?

23       A.   I think they had more than 60 percent, I

24  think, and I had 40 percent and they were majority

25  owner.
```

TORREANO SHORTHAND REPORTING (866) 760-DEPO

1    Q.   What did it own?

2    A.   I have no idea.   I was not involved in that

3    company.   I gave it back to Narinder Bains.

4    Q.   Did you put money to get your 40 percent?

5    A.   No.   I provided them the leads to buy

6    properties and management.

7    Q.   So your 40 percent came from sweat equity in a

8    manner of speaking?  You put your time in, your

9    contacts?

10    A.   Uh-huh, yes.

11    Q.   It didn't result in any investments; is that

12    right?

13    A.   I have no idea.

14    Q.   When you were there.

15    A.   I think it may have bought a couple of

16    properties.  I'm not sure.

17    Q.   With your leads?

18    A.   I don't know whose leads they were.  It was

19    Narinder Bains' company.  You have to ask him the

20    question.

21    Q.   I was asking you because I thought you said

22    that your role was to provide the leads and

23    management.

24    A.   Initially.  But I left the company and I gave

25    it back to him.

113

Case: 10-05196   Doc# 105-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 8
of 37

1      Q.   So that's what I was asking.  When you were

2  with the company, did anything materialize?

3      A.   I don't recollect, but there may be a few

4  properties that may have materialized.

5      Q.   Were those also localized in Alabama?

6      A.   I think -- I don't -- I think Alabama, yes.

7  One property in Alabama and I think one property or two

8  properties in Biloxi.

9      Q.   And when were you involved in the NB

10 investments?

11     A.   I don't recollect the date when this started

12 because I haven't -- I don't have anything to do with

13 that company.  So I don't really --

14     Q.   Was it after 2001?

15     A.   Yes.

16     Q.   Caroline Clayton was operational in 2004 to

17 2008 along with SEC.  Was this after?

18     A.   Yes.

19     Q.   Was this after 2004?

20     A.   Yes.

21     Q.   Was it after 2008?

22     A.   Before 2008.

23     Q.   Was it after 2006?

24     A.   Yes, I think so.

25     Q.   So sometime in 2006 possibly?

TORREANO SHORTHAND REPORTING (866) 760-DEPO
Case: 10-05196   Doc# 105-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 9
of 37

1    A.    Could be it.

2    Q.    And you were out of there by when?

3    A.    In a year.

4    Q.    Maybe 2007 or so?

5    A.    Yeah.

6    Q.    Around the time that the problems happened

7   with Mr. Husain and SearchTech?

8    A.    It has nothing to do with it.  It has nothing

9   to do with the problem.

10    Q.    I'm just getting a frame of reference.

11    A.    I don't have a date.  You're asking for

12   something I don't have.  I can't even guess.

13    Q.    And I wouldn't want you to guess.  That's why

14   I'm just going through that exercise to see if I can

15   put up other markers that might frame it.

16    A.    I don't have anything to do with NB

17   Investments.  I know I was involved in the beginning

18   and it was gone.

19    Q.    And you were involved in it for a year?

20    A.    Maybe for a year.  And I don't have any other

21   information that I can give you.  So if you have

22   information, you have to go to Narinder Bains and ask

23   him.  That would be your best source.

24    Q.    Thank you.  ESD Investments, LLC?

25    A.    That initially started with Doug McGraw, his

```
 1   wife and myself, and it went nowhere.  It just closed

 2   down after a month or two months.  He just packed up

 3   and left with the company.  I have no idea what

 4   happened to that company.

 5        Q.   Who's Doug McGraw?

 6        A.   He was a friend of ours.  His wife was a

 7   friend of ours.

 8        Q.   Friend from where?

 9        A.   My wife's best friend was Cynthia McGraw.

10        Q.   Where did Doug and Cynthia McGraw live at the

11   time?

12        A.   She lived in Los Gatos.  Silver Creek or Los

13   Gatos.

14        Q.   Are they still there?

15        A.   I'm sure they are.

16        Q.   Are you still friends with them?

17        A.   Yeah.  We are still friends.

18        Q.   And are you saying that ESD Investments, LLC

19   never owned any property?

20        A.   I don't think -- maybe they did or maybe

21   they -- I don't know.  Doug was handling the whole

22   thing.  I was out of it.  I don't think I even filed a

23   tax return on that.

24        Q.   Approximately what time period was that?

25        A.   Same as NB Investments.  Same records.  They
```

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:46   Page 11 of 37

1    were both signed at the same time.

2        Q.   How do you know that?

3        A.   Because we both signed in the same office and

4    we started these two companies.  They signed at the

5    same time.

6        Q.   Who sat in the same office?

7        A.   Me, Doug, Narinder.

8        Q.   So you and Narinder started that one.  You and

9    Doug started this one.  Okay.  You and Narinder Bains

10   started NB Investments.  You and Doug McGraw started

11   ESD Investments around the same time.

12           And where was that office?

13       A.   Campbell.

14       Q.   My understanding is that the Campbell office

15   is closed?

16       A.   Closed.

17       Q.   When did it close?

18       A.   I have no idea because I left the office and

19   Juan was running it.

20       Q.   When did you leave the Campbell office?

21       A.   Maybe sometime in 2008.

22       Q.   Okay.  And then LDE Group, LLC.

23       A.   That was started by me.

24       Q.   When?

25       A.   2003 maybe.  2004.

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:46   Page 12 of 37

TORREANO SHORTHAND REPORTING (866) 760-DEPO

```
 1        Q.   What was the purpose of LDE Group?

 2        A.   To buy one piece of land in Molokai.

 3        Q.   This was raw land?

 4        A.   Raw land.

 5        Q.   And what is LDE Group doing now?

 6        A.   Sold it to Dilip.

 7        Q.   You sold it to Dilip?

 8        A.   Yes.

 9        Q.   When?

10        A.   2009, I think.

11        Q.   For how much?

12        A.   $5,000.

13        Q.   A different $5,000 than the 5,000 that was

14   used to purchase the other one with?  It wasn't a

15   package deal; is that right?

16        A.   Not a package deal.

17             MR. ISON:  Wait until he finishes his

18   question.

19   BY MR. CAMPAGNA:

20        Q.   So you sold you said 2000 --

21        A.   My best knowledge 2009.  2008 or 2009, end of

22   2008, 2009.

23        Q.   This was before the bankruptcy filing?

24        A.   Yes.

25        Q.   You sold it just to Dilip?
```

Case: 10-05196   Doc# 183-4   Filed: 08/16/12   Entered: 08/16/12 15:17:46   Page 13 of 37

1    A.  Dilip and my daughter.  I think Dilip is 51.

2  My daughter is 49.  Sonia Chopra.

3    Q.  This was -- Sonia was 16 at the time?

4    A.  Yes.

5    Q.  Was she living with you at Becky Lane?

6    A.  Yes.

7    Q.  Is it safe to say that she didn't put up any

8  of the $5,000 for her 49 percent ownership?

9    A.  I gifted her the property.  The property had

10 no value.  The property was underwater because he owed

11 250 on it.  It was valued at 150, the payment was 150,

12 and Dilip took over the payments of the property, $149

13 a month.

14    I couldn't afford it.  So I gave him 51

15 percent and Sonia was 49 percent.  It was underwater.

16 So basically he just gave me a $5,000 check and he took

17 the properties to develop it and he's still in the

18 process of doing it now.

19    MR. CAMPAGNA:  My question was -- could you

20 read my question back, please?

21    THE COURT REPORTER:  "Question:  Is it safe to

22        say that she didn't put up any of the $5,000

23        for her 49 percent ownership?"

24    THE DEPONENT:  She didn't put up any of the

25 49?

TORREANO SHORTHAND REPORTING (866) 769-DEPO

Case: 10-05196    Doc# 103-4    Filed: 08/10/12    Entered: 08/10/12 15:17:40    Page 14 of 37

1          MR. CAMPAGNA:  Could you read it again.

2          THE COURT REPORTER:  "Question:  Is it safe to

3          say that she didn't put up any of the $5,000

4          for her 49 percent ownership?".

5          THE DEPONENT:  She did because I borrowed

6    money from her college accounts, from insurance

7    policies, because I was trying to survive.  So I gave

8    the money back to her.

9    BY MR. CAMPAGNA:

10        Q.  At the time that you sold LDE Group, LLC to

11   Dilip and Sonia, Dilip paid you $5,000; is that

12   correct?

13        A.  Correct.

14        Q.  That was December of 2008 or January of 2009?

15        A.  I don't know.  I can get you the

16   documentation.

17        Q.  Sometime -- it was sometime at the end of 2008

18   or beginning of 2009; correct?

19        A.  I -- I cannot recollect, but I would say that

20   was the time frame.

21        Q.  It was prior to your March 2009 bankruptcy

22   filing; correct?

23        A.  Yes, yes.

24        Q.  For her 49 -- for Sonia Chopra's 49 percent

25   interest in LDE Group, LLC, you borrowed money from her

1    college fund on her behalf and in exchange for that

2    borrowed money gave her 49 percent of LDE Group, LLC?

3         A.   Some of the money, yes.   True.

4         Q.   How much did you borrow?

5         A.   About 150,000 from her.

6         Q.   How much of the 150,000 that you borrowed from

7    Sonia Chopra's college fund did you use to -- to help

8    her purchase the 49 percent?

9         A.   She didn't purchase 49 percent.   The thing was

10   underwater.   I owed 400, 350,000 on the property and

11   the property was only worth 150,000.   The only way the

12   property would get better was somebody developed the

13   properties, and Dilip agreed to do that.

14        That property is owed $300,000.   So she

15   purchased the property that was underwater for about

16   $150,000.   And I have a written agreement that we

17   did -- it's a long agreement.   So if you want, I can

18   send it to you.   You're asking me a question I can't

19   answer.

20        MR. ISON:   Deepak, listen to the question and

21   answer the question.   That's it.

22        THE DEPONENT:   He's saying --

23        MR. ISON:   No.   He's not saying anything.

24   He's asking questions.

25        THE DEPONENT:   He's saying how did Sonia end

121

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:46   Page 16 of 37

1    up buying the property.

2         MR. ISON:  Yes, yes.

3         THE DEPONENT:  Is that what you're asking me?

4    Is that what you're asking me?  How did Sonia --

5         MR. ISON:  It might be easier if we started

6    over.  Ask him the question.  This time answer the

7    question.

8         THE DEPONENT:  Okay.

9         MR. ISON:  Don't argue.

10        THE DEPONENT:  Okay.  Ask another question.

11   BY MR. CAMPAGNA:

12        Q.  The difficulty is that some things were said

13   that I was following up on and I don't know that I got

14   answers to those questions.  I may have.

15             I understand that you -- this is not a

16   question.  I understand that you borrowed money from

17   a -- you borrowed 150,000 from a college fund.

18        A.  College and stock fund.

19        Q.  It was a single fund or multiple funds?

20        A.  Multiple funds.  Insurance, stock and college

21   funds.

22        Q.  The proceeds of that was $150,000?

23        A.  Close to that.  I don't remember the exact

24   figure.

25        Q.  Did any of the $150,000 go to the purchase by

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:45   Page 17 of 37

1  Sonia Chopra of LDE Group, LLC?

2      A.   No.

3      Q.   Sonia Chopra acquired 49 percent of LDE Group,

4  LLC, which owned a single property on the island of

5  Molokai, Hawaii?

6      A.   Yes.

7      Q.   Without paying cash?

8      A.   Without paying cash.

9      Q.   At the time of that transaction who was Sonia

10  Chopra's guardian?

11      A.   Me and my wife.

12      Q.   Jointly?

13      A.   Jointly.

14      Q.   She was living with whom?

15      A.   Us.

16      Q.   Were you and your wife married at the time?

17  Were you and Kathleen Chopra married at the time?

18      A.   Yes.

19      Q.   In 2009?

20      A.   Yes.   I don't remember the exact dates.

21      Q.   You don't remember the exact dates of what?

22      A.   The 2009 transaction.   I can bring that to

23  you, but I don't remember the exact dates.   Somewhere

24  in 2009.   I don't remember.   Early 2009.

25      Q.   Okay.   If you would produce those through your

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 13:17:40   Page 18 of 37

1    attorney, we will take them.

2              MR. ISON:  This is not a discovery process.

3              You don't have to surrender any documents.

4              THE DEPONENT:  Okay.

5              MR. CAMPAGNA:  Can we go off the record for

6    about three minutes.

7              (Off-the-record discussion.)

8              MR. CAMPAGNA:  We're back on the record.

9    BY MR. CAMPAGNA:

10       Q.  You mentioned there were funds from the

11   college fund and stock funds and insurance policy.

12           You borrowed money from those?

13       A.  Yes.

14       Q.  Because you needed to survive?

15       A.  Survive, yes.

16       Q.  What was the source of the funding of the

17   college fund?

18       A.  College funding, it was put in a 529.  When

19   she was born I funded the insurance policy.

20       Q.  Who funded the college fund?

21       A.  I did.

22       Q.  Who or what?

23       A.  Me and my wife.

24       Q.  You and your wife personally funded the

25   college fund?

TORREANO SHORTHAND REPORTING (866) 760-DEPO

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:45   Page 19 of 37

1      A.   Yes.

2      Q.   Is that -- is the same true for the stock

3  funds?

4      A.   Yes.

5      Q.   Is the same true for the insurance?

6      A.   Yes.

7      Q.   Premiums?

8      A.   Yes.

9      Q.   Were you -- what kind of insurance was it?

10     A.   I don't know what kind of insurance.

11     Q.   Were you paying more than just a premium on

12 the insurance?

13     A.   Yes, yes.  More than a premium.

14     Q.   So it was some type of investment unassociated

15 with it?

16     A.   Yes.

17     Q.   That came from you and your wife personally?

18     A.   When she was born.

19     Q.   Pardon me?

20     A.   When she was born we decided that.  In 1991.

21 It was started in 1991 when she was born.

22          MR. ISON:  I'm sorry.  Did he ask you when it

23 was started?  Answer the questions.

24          MR. CAMPAGNA:  I have in my hand a document on

25 the second page that's called "Accounts Receivable

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:48   Page 20 of 37

1    Financing Agreement."  It has a fax cover page from the

2    Ison Law Offices.  The fax date stamp is April 28th,

3    2003.  I'm having the court reporter mark this as

4    Exhibit 3.

5              (EXHIBIT 3 WAS MARKED FOR IDENTIFICATION.)

6    BY MR. CAMPAGNA:

7         Q.   Do you recognize this document?

8         A.   I don't recollect, but I'm sure I may have

9    seen it.  It's a factoring agreement.  I must have seen

10   it.  I don't recollect, but I'm sure this is a

11   factoring agreement.

12        Q.   What makes you sure that it's a factoring

13   agreement?

14        A.   Because it says on top "Accounts Receivable

15   Financing Account Agreement."  Vendor is Husain Trust.

16   SearchTech Medical.

17        Q.   Okay.  So what would you say this document is

18   in a nutshell?

19             MR. ISON:  Objection.  Calls for a legal

20   conclusion.

21             You can give your understanding of what this

22   document is.

23             THE DEPONENT:  Pardon?

24             MR. ISON:  I said, "Objection.  Calls for a

25   legal conclusion.  You can give your understanding of

TORREANO SHORTHAND REPORTING (866) 760-DEPO

1    what this document is."

2            THE DEPONENT:  Okay.  A lending agreement.

3    It's a lending agreement.

4    BY MR. CAMPAGNA:

5        Q.  It's a lending agreement?

6        A.  Yeah.

7        Q.  Okay.  And I'm noticing here that if you look

8    on the second page of this document, it says page 1 of

9    13, and then on the third page of this document it says

10   page 4 of 13.  So it appears that there are a couple of

11   pages missing.  And I'm also looking on page 13 of 13

12   where in the past I know I've seen a signature block.

13           So what I -- what I will need to do is I will

14   need to find out why there seems to be a couple pages

15   missing here towards the beginning of the document and

16   also what happened to the signature block.  And we'll

17   figure that out when we take a break at some point.

18       A.  Okay.

19           MR. ISON:  You might also want to figure out

20   what happened to page 9.

21           MR. CAMPAGNA:  Is page 9 also missing?  We can

22   figure that out as well.

23   BY MR. CAMPAGNA:

24       Q.  Turning back to Exhibit 2, which was the

25   complaint to determine dischargeability of debt,

1    there's discussion on page 4, paragraph B about a

2    company called SearchTech.

3        A.   Yes.

4        Q.   We talked earlier about SearchTech Medical,

5    Inc.

6        A.   Yes.

7        Q.   I just want the record to be clear that

8    although we don't have all the pages of this Exhibit 3

9    that, to the best of your knowledge, Exhibit 3

10   represents most of the pages of the factoring agreement

11   between SearchTech Medical, Inc. and Plaintiff Iqbal

12   Husain.

13           Is that your understanding?

14       A.   Between SearchTech Medical, Inc. and Iqbal,

15   yes.

16       Q.   Pardon?

17       A.   Between SearchTech Medical and Iqbal Husain.

18   Factoring agreement, yes, I understand that.

19       Q.   How did this factoring agreement between

20   SearchTech Medical, Inc. and Mr. Husain come about?

21       A.   Iqbal went to Gary Wimp who was the CEO.  He

22   agreed -- Iqbal agreed to fund.  I agreed to fund and

23   that's how the agreement was made.

24       Q.   Are you saying that Gary Wimp brought

25   Mr. Husain into the company --

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 23 of 37

```
1         A.   No.

2         Q.   -- to fund?

3         A.   Gary Wimp was in the company when this

4    agreement was signed for funding factoring.

5         Q.   How did the relationship between Mr. Husain

6    and SearchTech Medical begin?

7         A.   I knew Mr. Husain.

8         Q.   How did you know him?

9         A.   I had -- I think a mutual friend introduced

10   us.

11        Q.   Do you know who the friend was?

12        A.   Mark Rahman.

13        Q.   Pardon?

14        A.   Mark Rahman.

15        Q.   Can you spell his name.

16        A.   R-A-H-M-A-N.  And Mark is M-A-R-K.

17        Q.   Mark Rahman introduced you to Iqbal?

18        A.   Yes.

19        Q.   Then you and Iqbal communicated on your own?

20   You developed some rapport?  Is that how that

21   happened?

22        A.   That's true, yes.

23        Q.   Then it came about that you owned SearchTech

24   Medical, Inc.?

25        A.   Yes.
```

1    Q.   How did it come about that Iqbal eventually

2    ended up factoring some of SearchTech Medical's

3    accounts?

4    A.   He met with me and Gary and -- and we could go

5    to factoring companies -- we were going to a lot of

6    factoring companies before Iqbal came in.  Three

7    factoring companies we were going to.  Iqbal said, "Why

8    don't I factor it for you and make the interest and

9    craft an invoice for you?"  And that's how it started.

10   Q.   Was that sometime in 2003?

11   A.   I do not know the dates.  Sometime in 2003 or

12   '04.  I'm not sure what date it was.  Maybe '05.  I

13   think it was '05 or '06.

14   Q.   I'm looking at the fax cover sheet.  This

15   might jog your memory here.  It's a correspondence and

16   the date line under where it says fax correspondence,

17   4/28/03.

18   A.   I cannot tell you any start of funding.  I

19   have the records that I provided to you of Quickbooks.

20   Q.   SearchTech Medical Quickbooks?

21   A.   You have the records when we started funding

22   it.

23   Q.   You said that you produced them?

24   A.   I think -- I'm sure we did.  I have them -- I

25   don't know if I have them here or not.

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:45   Page 25
of 37

1    Q.    What are Quickbooks?

2    A.    Their accounting is kept.  Our accounting is

3  kept.

4    Q.    Are you familiar with Quickbooks yourself?

5    A.    Yes.

6    Q.    The reason why I'm asking -- one of the

7  reasons why I'm asking, Mr. Chopra, is because I'm

8  obviously not an accountant and I wouldn't personally

9  know how to operate Quickbooks.

10    A.    I'm familiar with it.

11    Q.    So I know based on your background you have

12  the bachelor's in accounting and you've got most of

13  your units towards an MBA.  And then you also have some

14  other certificate in accounting; is that accurate?

15    A.    True.

16    Q.    Is Quickbooks for you, somebody with an

17  accounting background, is Quickbooks a computer program

18  that is easy for you to navigate?

19    A.    Yes.  For accounting.

20    Q.    For accounting.  Does Quickbooks have purposes

21  other than for accounting?

22    A.    I don't know.  I have no idea what they do.

23  They may have other software.  I don't know.

24    Q.    But as far as you know, you use the Quickbooks

25  for the accounting?

TORREANO SHORTHAND REPORTING (866) 760-DEPO

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:40   Page 26 of 37

1      A.   Yes.

2      Q.   The Quickbooks that you were talking about

3    that were produced, I'm presuming that this is how you

4    keep track of SearchTech Medical's income and expenses,

5    essentially the whole gamut of finances that it takes

6    to run a company; is that correct?

7      A.   Correct.

8      Q.   When you were at -- when you were with

9    SearchTech, which was from its inception until it

10   ended, how much involvement did you have with managing

11   the SearchTech Quickbooks that you've mentioned?

12     A.   Maybe one year I had more and then the rest of

13   the time I did not have any.  Zero.

14     Q.   One year?

15     A.   Maybe one in between I may have had, but I had

16   zero involvement.

17     Q.   What makes you think that maybe one year in

18   between you might have had a year?

19     A.   Because when I started the company I had

20   involvement with Quickbooks.

21     Q.   Pardon?

22     A.   When I started the company I had involvement

23   in Quickbooks.

24     Q.   Did you prepare the initial Quickbooks when

25   you started the company?

Case: 10-05196   Doc#: 103-4   Filed: 08/16/12   Entered: 08/16/12 15:17:48   Page 27 of 37

```
 1        A.   I prepared the -- I didn't prepare it myself.

 2   I had an accountant to help me prepare all the

 3   paperwork for SearchTech Medical.

 4        Q.   Which accountant helped you prepare the

 5   boilerplate for SearchTech Medical?

 6        A.   I don't know.  One of my friends.  It was just

 7   a one-man operation when I started it.

 8        Q.   Was it Mahbub?

 9        A.   No.  Mahbub was not there at that time.

10        Q.   Was it Serena?

11        A.   No.  They were not there at that time.

12        Q.   But that was in 2001?

13        A.   Yes.

14        Q.   Is that about the year that you say you had

15   the involvement with the Quickbooks?

16        A.   Yes.

17        Q.   Maybe 2001 to 2002, just to keep it rough?

18             Any other year that you were really the one

19   involved with the Quickbooks?

20        A.   In the end when the company was in bankruptcy,

21   I was a little bit involved with Quickbooks.

22        Q.   When was that?

23        A.   2000 -- we filed for bankruptcy in 2008, I

24   think.  2007 or 2008.  I'm not sure.  Chapter 11.

25        Q.   Okay.
```

Case: 10-05196   Doc# 163-4   Filed: 08/16/12   Entered: 08/16/12 15:17:46   Page 28
of 37
TORREANO SHORTHAND REPORTING (866) 760-DEPO

1    A.  At that time I was involved in Quickbooks, not

2    day to day, but overall.  I was working with the

3    trustee, the US Trustee for the bankruptcy court.

4    Q.  And then SearchTech ended when?  2009, 2010?

5    A.  We filed the last tax returns for 2009.

6    Q.  Maybe -- I'd like to know who was

7    involved with the Quickbooks.  You had mentioned then

8    that you had produced them and that was also the way of

9    keeping track of SearchTech Medical's finances.

10    So I'd like to have an understanding of who

11    was doing that.  So at the inception it was you.

12    Towards the end it was generally you and also with the

13    US Trustee.  And when you came out of bankruptcy it was

14    you.

15    A.  It was partly me and accountants.

16    Q.  Which accountant?

17    A.  Mahbub Alam.

18    Q.  Mahbub Alam.  So between 2002 and 2008, it's

19    not that long of a period.  There's about a six-year

20    period.  Which people did SearchTech rely on to manage

21    the Quickbooks?

22    A.  Gary Wimp.  Praveen Gill.  Afzal Ahmed.

23    Q.  Afzal?

24    A.  Afzal Ahmed.

25    Q.  A-F-Z-A-L?

TORREANO SHORTHAND REPORTING (866) 769-DEPO

1      A.   Yes.  A-H-M-E-D.  Angelina Soria.

2      Q.   That's the one you mentioned who was also a

3  CEO for a period of time?

4      A.   Yes.  And then we had Chris.  I forget his

5  last name, C-H-R-I-S, Chris.  And then there was a girl

6  named Mary.  I don't know her first name.  She worked

7  for Angelina.  Mary.

8      Q.   Could you give me the rough order of who --

9  was it first Gary?

10     A.   Gary was first.

11     Q.   It was first you and then it was --

12     A.   Gary.

13     Q.   After you it was Gary?

14     A.   And then it was Angelina.

15          MR. ISON:  First name of Gill?

16          MR. CAMPAGNA:  Praveen.

17          THE DEPONENT:  Praveen, P-R-A-V-E-E-N.

18  BY MR. CAMPAGNA:

19     Q.   So Gary, then Angelina.  Then who?

20     A.   Then nobody.  Me.

21     Q.   Well, but there was Praveen, Afzal, Chris and

22  Mary?

23     A.   Praveen worked for Gary.

24     Q.   Okay.

25     A.   Afzal worked for Gary.

135

Case: 10-05196   Doc# 103-4   Filed: 08/10/12   Entered: 08/10/12 15:17:45   Page 30
of 37

1    Q.   Okay.  At the same time?

2    A.   Yeah.  Praveen left and Afzal came in.

3    Q.   Okay.

4    A.   And then I think Afzal also worked for

5    Angelina.

6    Q.   Okay.

7    A.   And then Mary and Chris worked for Angelina.

8    Chris and Mary worked for Angelina.

9    Q.   So it seems like there was a point person

10   charged with managing the Quickbooks for SearchTech

11   Medical at a time.

12        There was one point person; is that right?  It

13   was Gary Wimp -- it was you.  Then it was Gary Wimp and

14   then Angelina.  And then each of these CEOs, Gary Wimp

15   and Angelina after him, had their own people that

16   helped them?

17   A.   Yes.  Accountants helped them.

18   Q.   Okay.  While Gary Wimp was the CEO, did you

19   ever direct him to make entries into the Quickbooks --

20   A.   No.

21   Q.   -- a certain way?

22   A.   No.

23   Q.   When Angelina Soria was CEO, did you ever

24   direct her to make entries in the Quickbooks in any

25   way?

136

1          A.   I looked at them, the entries.   If I found

2     some problem, I would let her know.

3          Q.   Did you do the same thing with Gary Wimp?   Did

4     you look at the Quickbooks for Gary Wimp?

5          A.   Gary Wimp I didn't look too much.   I left him

6     alone.

7          Q.   Why was that?

8          A.   Because he had more experience.

9          Q.   Did he have more experience than you had?

10         A.   I don't know about having more experience than

11    I had, but I think he had a lot of experience.   He

12    has -- he's very seasoned.   He seemed to be a very

13    seasoned polished person.

14         Q.   And how about Angelina Soria?

15         A.   She had less experience than Gary Wimp.   Much

16    less.

17         Q.   So are you -- are you saying that there were

18    more problems with Angelina Soria than Gary Wimp that

19    you noticed when you looked at their -- their

20    Quickbooks?

21         A.   I think there was more problem with -- there's

22    no problems with anyone, but Gary Wimp was basically

23    spending more than he was bringing in.   So that was a

24    problem he was having.

25         Q.   When did you notice that Gary Wimp was

1   spending more than was coming in?

2       A.   A couple -- maybe a month or two months before

3   I let him go.

4       Q.   Did Gary Wimp leave with a severance package?

5       A.   I don't think so.  Maybe he got some stock.

6   I'm not sure.

7       Q.   While Gary Wimp was managing the Quickbooks,

8   how often would you review the Quickbooks?

9       A.   Not that often.

10      Q.   Once a month?

11      A.   Once a month, twice a month.  Maybe just look

12  at the books.  I let him run the company.

13      Q.   So you looked at the Quickbooks at least once

14  a month or would it be at least twice a month?

15      A.   I looked at it overall maybe -- I don't

16  remember how many times I looked at it.  Basically he

17  gave me a report.

18      Q.   Approximately?

19      A.   Maybe once a month.  Maybe twice a month.

20  Sometimes twice a months, sometimes once a month.  You

21  know, but when we started having problems with cash, I

22  was getting more concerned because our sales are below

23  and our spending was high.  He was hiring more people.

24      Q.   What year was that?

25      A.   That's when Iqbal was funding the company.  It

```
 1   was 2005 -- '04 or '05.  I don't know exactly what the

 2   time.  And he started asking for money from me and I

 3   got concerned.

 4        Q.   Gary Wimp was asking for money from you?

 5        A.   Yes.  To fund the company.

 6        Q.   Strictly to fund the company?

 7        A.   Yeah.  Because his expenses were more than his

 8   income.  I mean, he was spending more money that he was

 9   bringing in.  He was hiring a lot of people and sales

10   were not coming in.  And Iqbal knew about that.

11             I'm sorry.  Go ahead.

12        Q.   When Angelina Soria was managing the

13   Quickbooks, how often would you review the Quickbooks?

14        A.   Once in three months.  Once in four months.

15   Once in three months.

16        Q.   How do you know that?

17        A.   Because I was working remote.  The office was

18   in downtown --

19        Q.   Pardon?

20        A.   I was working remote.  I was not working the

21   same office.  She was managing the whole thing for us.

22        Q.   Where was her office?

23        A.   Downtown San Jose.

24        Q.   That was not SearchTech's office?

25        A.   That was SearchTech Medical's office.
```

Case: 10-05196   Doc# 163-4  Filed 08/16/12  Entered 08/16/12 16:17:48   Page 34 of 37
TORREANO SHORTHAND REPORTING CHOPRA DEPO

1      Q.   Would you have to go to SearchTech Medical's

2  office directly in order to review the Quickbooks?

3      A.   Sometimes they were.  Sometimes they would

4  bring it over to the Campbell office.  First they were

5  in the Campbell office with me and then they moved to

6  downtown San Jose.  And I stayed in the Campbell

7  offices.

8      Q.   So there was a period of time when Angelina

9  Soria was at the Campbell office with you?

10     A.   Yes.

11     Q.   When was that?

12     A.   I can't give you the dates.  Something 2006.

13  2005, 2006.

14     Q.   How often were you reviewing the Quickbooks

15  when Angelina Soria was managing them and she was in

16  Campbell?

17     A.   Not that often.  Because the sales were coming

18  in, the company was profitable, and I was happy with

19  the results.

20     Q.   What to you mean by "the results"?

21     A.   We were profitable.  We were making money.

22     Q.   So you reviewed them maybe once a quarter?

23     A.   No, I would say more than that.  Not once a

24  quarter.

25     Q.   Once a quarter is once every three months.

1     A.   There was no such thing as once in three

2   months.   I can't recollect how many times, but I did

3   review the Quickbooks.   I can't give you a date.   It

4   was not like once in three months.   It could be once a

5   month.   It could be once in two months.   But I was in

6   communication with her all the time on the finances.

7        She would tell me about the financing.   She

8   would tell me how many sales came in.   I didn't

9   physically go into the accountant's office to look at

10  the Quickbooks or make any entries.

11       Q.   Did you ever make any entries?

12       A.   No.

13       Q.   After the year that -- how about after the --

14  during the year that you were managing the Quickbooks

15  you made entries?

16       A.   Sometimes.   Not too many times.   It was very

17  small, but at that time they were making sales.

18       Q.   Can you explain how the factoring works?

19       A.   Factoring works is when you -- when you

20  receive the funding invoice, we do a sale and bill the

21  company.   Then you bill the factoring company and they

22  pay you the money right away.   And then they go in --

23  they get the invoice collected.

24       So the invoice goes to them.   They charge

25  interest based on when they pay you.   So if it's 60

Case: 10-05196   Doc #18?A  Filed: 09/10/12   Entered: 09/10/12  15:17:49   Page 36
TORREANO SHORTHAND REPORTING (866) 730-DEPO
of 37

1    days or 90 days.  That's how the factoring works.

2         Q.   So let's put it in the context of SearchTech

3    Medical.  SearchTech Medical was a company that placed

4    medical workers?

5         A.   Yes.

6         Q.   Is that correct?

7         A.   Yes.

8         Q.   What types of medical workers did they place?

9         A.   Phlebotomists, nurses, admin people.

10        Q.   And what are a couple of types of companies

11   where the employees were placed?

12        A.   Nursing homes, Stanford, UCSF.

13        Q.   So let's take UCSF, for example.  Just take us

14   through how -- how the factoring works, would work, did

15   work with UCSF.

16        A.   Well, UCSF --

17        Q.   Because you gave us a general -- the general

18   scheme of how it is.  Now just a little bit more

19   practically.

20        A.   UCS -- we would place a nurse at UCSF.

21        Q.   Yes.

22        A.   She would give us a time card.  We would bill

23   UCSF.  The minute we bill UCSF at the end of week, we

24   would bill the invoice to a factoring company.  There

25   were several.  They will fund us the next day and then