1   Q. Did he want you to buy his properties?
2   A. He asked me to, if I would like to buy some of
3   his properties.
4   Q. Did he ask you if you would help him find
5   investors in the properties?
6   A. I think Juan Carmona and Dave Cagley could
7   help the best for you. I did not get involved. They
8   were in more closely than I was.
9   Q. So your conversations with Mr. McPhail were
10  regarding Mr. McPhail's desire to sell the Biloxi
11  properties?
12  A. Yes.
13  Q. Did you have any conversations with
14  Mr. McPhail about finding investors for the
15  properties?
16  A. I may have.
17  Q. Why do you say you may have?
18  A. I don't recollect exactly what my conversation
19  was. I know he was trying to find buyers to buy this
20  project.
21      MR. CAMPAGNA: Could you repeat my question.
22      THE COURT REPORTER: "Question: Why do you
23      say you may have?"
24      THE DEPONENT: Because I don't recall exactly
25  what my conversation was with him.

```
 1  BY MR. CAMPAGNA:
 2      Q.  Finding investors for real estate transactions
 3  is something that you had done in the past; is that
 4  correct?
 5      A.  With friends, yes, I had.
 6      Q.  With friends such as Mr. Husain?
 7      A.  Yes.
 8      Q.  Friends such as Dave Cagley?
 9      A.  Yes.
10      Q.  And friends such as Mr. Chadha?
11      A.  Chadha never bought any properties from us.
12      Q.  How about from Raj Jindia?
13      A.  He never bought any properties from us.
14      Q.  Never an investor?
15      A.  No.
16      Q.  So friends such as Mr. Husain and Dave Cagley;
17  correct?
18      A.  Dave Cagley was also finding properties for
19  Grant I think.  He was involved with -- Grant was
20  having conversations with Juan and Dave on the details
21  of the property.
22      Q.  Of the other friends that you brought into
23  real estate transactions besides Mr. Husain and
24  Mr. Cagley, was is Mary Beth among them, Mary Beth
25  Whyte?
```

1     A.  Mary Beth Whyte was also -- brought me into
2  investments.  We both brought each other into
3  investments.
4     Q.  So that's --
5     A.  It's mutual.
6     Q.  So the real answer to my question is yes?
7     A.  Yes.
8     Q.  And your addendum to the question is you
9  also -- she also brought you into investments?
10    A.  Yes.
11        MR. CAMPAGNA:  Okay.  I'm going to mark the
12 next in order Exhibit 143.
13        (EXHIBIT 143 WAS MARKED FOR IDENTIFICATION.)
14 BY MR. CAMPAGNA:
15    Q.  Do you recognize this document?
16    A.  No.
17    Q.  It appears to be a JMD, all caps, Investments
18 transactions detail for Quickbooks and then it states
19 Fort Bayou properties.  Do you see that there toward
20 the upper left-hand side?
21    A.  Yes.
22    Q.  Are the Fort Bayou properties the Oak Glen
23 properties?
24    A.  I have no idea.
25    Q.  Are you familiar with Fort Bayou?

1  A.  No.

2  Q.  Or these Fort Bayou Properties, LLC?

3  A.  No.

4  Q.  Is that -- could that be Mr. McPhail's
5  company?

6  A.  I have no idea.

7  Q.  It shows here that there are these payments
8  between November 1, 2006 and September 6, 2007.

9      Do you see that there?

10 A.  Yes.

11 Q.  Anywhere between 3,000 and $17,400 as an
12 amount?

13 A.  Yes.

14 Q.  For a total of $113,660?

15 A.  Yes.

16 Q.  Do you have any understanding of where those
17 payments came from?

18 A.  No.

19 Q.  And that would be Juan Carmona or Dave Cagley
20 to inquire about that?

21 A.  Yes.

22 Q.  How do you know that?

23 A.  Because JMD Investments was owned by Juan
24 Carmona.

25 Q.  Do you know if Juan Carmona brought anybody

1  else into JMD Investments between November 1, 2006 and
2  September 6, 2007?
3      A.  No idea.
4          MR. CAMPAGNA:  Can we go off the record for a
5  moment?
6          (Off-the-record discussion.)
7          MR. CAMPAGNA:  We'll mark the next exhibit
8  Exhibit 144.
9          (EXHIBIT 144 WAS MARKED FOR IDENTIFICATION.)
10 BY MR. CAMPAGNA:
11     Q.  Do you recognize this document?
12     A.  No.
13     Q.  Is that your signature on the document?
14     A.  Yes.
15     Q.  It says on the document on the bottom of that
16 first paragraph there:  "I further attest to the fact
17 that I, Deepak Chopra, are the managing member of the
18 aforementioned LLC."
19         Do you see that there?
20     A.  Yes.
21     Q.  And then the aforementioned LLC appears to be
22 JMD Investments, LLC?
23     A.  Yes.
24     Q.  And then there's a notary, Donna Nunez,
25 November 7, 2005?

1   A.   Yes.
2   Q.   Did you sign this document in front of Donna
3   Nunez?
4   A.   Yes.
5   Q.   Was Donna Nunez an employee?
6   A.   Yes.
7   Q.   She had her office in the same office as
8   SearchTech Medical and Chopra Enterprises?
9   A.   Yes.
10  Q.   In 2005?
11  A.   Yes.
12  Q.   JMD Investments also shared the same office?
13  A.   I don't know where his office was.
14  Q.   How about SEC?
15  A.   Yes.
16  Q.   SEC shared the offices in 2005 with SearchTech
17  Medical and Chopra Enterprises Corporation?
18  A.   Yes.
19  Q.   And it appears that there's a letter missing
20  here above your signature. It just says "MD
21  Investments LLC." Would you agree that that's supposed
22  to say "JMD Investments LLC"?
23  A.   I have no idea.
24  Q.   Well, above it says "JMD Investments LLC."
25  A.   I'm sure, yes.

1    Q.   It's fair to say that this is just some type
2  of typo or misprint?
3    A.   Yes.
4    Q.   It says here "Deepak Chopra, managing member"?
5    A.   Yes.
6    Q.   And then in the notary paragraph it says:
7  "Deepak Chopra is authorized to execute the instrument
8  acknowledged it as the managing member of JMD
9  Investments, LLC, a California Limited Liability
10 Company?
11   A.   Yes.
12   Q.   When did you stop being the managing member of
13 JMD Investments, LLC?
14   A.   JMD Investments stood for John -- wait.  I'm
15 sorry.  Never mind.  Can you repeat your question?
16   Q.   When did you stop being the managing member of
17 JMD Investments, LLC?
18   A.   I was never a member.  These documents were
19 done and it was never executed.  He took over JMD.
20 Initially it was formed between us, but he took it over
21 right away.  So these documents were made and then he
22 became the managing member and they were never -- I was
23 never involved with JMD.
24   Q.   At the time that you signed this document in
25 front of the notary, were you a managing member of JMD

1  Investments, LLC?
2          MR. ISON:  Objection.  Calls for a legal
3  conclusion.
4          THE DEPONENT:  When it incorporated I was.
5  BY MR. CAMPAGNA:
6      Q.  When was it incorporated?
7      A.  I don't recollect the date.
8      Q.  Well, this is November 7th, 2005.  Were you
9  incorporated before November 7th, 2005?
10     A.  I have no idea.
11     Q.  Was JMD Investments, LLC incorporated before
12 November 7th, 2005?
13     A.  I have no idea.
14     Q.  Okay.  Is it -- would it have been your normal
15 practice to have signed as the managing member of an
16 LLC that in fact you were not the managing member of?
17     A.  I could have.
18     Q.  Had you done that in the past?
19     A.  Yes, I did.
20     Q.  When was that?
21     A.  I don't remember the date.
22     Q.  What was the company?
23     A.  ESD.
24     Q.  ESD?
25     A.  Yes.  LLC.

1  Q. So there was a time when you were not the
2  managing member of ESD, LLC, but you signed as the
3  managing member of ESD, LLC?
4  A. When it was incorporated.
5  Q. Pardon?
6  A. When it was incorporated. Near the time it
7  was incorporated.
8  Q. I don't understand.
9  A. I have nothing to do with JMD. Okay? When
10 the company was incorporated it was incorporated with
11 me and Juan. He wanted me to be part of that. After
12 that I have no idea what happened to JMD.
13 Q. So you're saying that you signed this document
14 after it was -- after JMD was incorporated?
15 A. I have no idea because I have no recollection
16 of JMD.
17 Q. Okay. I thought that you were rerecollecting
18 because you seem to be giving me a statement in
19 chronological order. You incorporated with Juan
20 Carmona and then after that period of time you didn't
21 have anything to do with the company?
22 A. I had nothing to do with JMD. I don't
23 recollect having anything to do with JMD.
24 Q. Okay. So your comment about ESD, LLC, it's
25 your testimony that there was a time when you signed

1  for ESD as its managing member when you were not, in
2  fact, its managing member?
3      A.  I signed as either a managing member or a
4  member when I was not in fact.  The company went
5  somewhere and I was out of it.
6      Q.  So there was a time when you signed as either
7  the managing member of ESD, LLC or as a member of ESD,
8  LLC when, in fact, you were neither a managing member
9  nor a member of ESD, LLC; is that correct?
10     A.  No.  When it was incorporated I was a part of
11 the company when they incorporated it.  We had plans to
12 be members of the LLC and then after that they took it
13 over and I was no longer a member or part of the LLC.
14         The same with JMD or ESD.  Juan took over the
15 company and I was out.  There are papers showing that
16 I'm no longer the owner of the company, which I don't
17 have here, but I'm sure he has.  So you can ask him
18 what happened to those papers.
19     Q.  And "JMD" stands for what?
20     A.  Stands for John and someone --
21         MR. ISON:  You mean John or Juan?
22         THE DEPONENT:  Juan.  Juan, Mynette.  I think
23 it's Dave Cagley.  I'm not sure of the third part of
24 it.
25 //

1  BY MR. CAMPAGNA:
2      Q.  Who is Mynette?
3      A.  Mynette Boskin was one of the -- she was one
4  of the -- she bought real estate and sold real estate
5  with us.
6      Q.  Pardon?
7      A.  She sold real estate with us, bought and sold
8  real estate.  She was part of the team.
9      Q.  And what -- in San Jose as part of your San
10 Jose team?
11     A.  She lived in Walnut Creek I think.  She lives
12 in Walnut Creek.
13     Q.  Did she come down to the San Jose office and
14 work for your team?
15     A.  Yes.
16     Q.  And when you say "your team" what companies or
17 company are you referring to?
18     A.  The SEC, Chopra Enterprises.  She worked in
19 the real estate.
20     Q.  She also worked for JMD?
21     A.  I have no idea.  When it was incorporated she
22 was involved with Juan Carmona, myself, and I think it
23 was Dave.  It was incorporated or not -- it was -- I
24 was made the managing member, but after that
25 immediately I was taken out of JMD and Juan took over

1  the company. He has documents and you can ask him for
2  the documents to show you that. I had nothing to do
3  with JMD.
4          MR. CAMPAGNA: Could you repeat my question.
5          THE COURT REPORTER: "Question: She also
6          worked for JMD?"
7          THE DEPONENT: I do not know.
8          MR. CAMPAGNA: I'll mark the next exhibit
9  Exhibit 145.
10         (EXHIBIT 145 WAS MARKED FOR IDENTIFICATION.)
11 BY MR. CAMPAGNA:
12     Q.  Do you recognize this document?
13     A.  No.
14     Q.  It says, "Meeting of the Board of Directors
15 and Shareholders, JMD Investments, September 28th,
16 2007."
17     A.  Yes.
18     Q.  And it says the purpose of the meeting was to
19 finalize the change in ownership in exchange for Chopra
20 Enterprises and Deepak Chopra's debt.
21         Do you recall any discussions with Mr. Carmona
22 in December of 2007 regarding the change of ownership
23 in exchange for Chopra Enterprises' and Deepak Chopra's
24 debt?
25     A.  No.

1    Q.   Any idea what that's referring to?
2    A.   I have no idea.
3    Q.   Do you recall ever having any debt to JMD
4  Investments?
5    A.   I have no recollection of JMD Investments.  It
6  was -- I was not a part of it.
7    Q.   Then it says, "Effective December 28th, 2007
8  Deepak Chopra will no longer have an interest in JMD
9  Investments in accordance with" -- some sort of
10 agreement.  It says "with the agreement."
11        Then it goes on to say that Juan Carmona owns
12 100 percent of JMD Investments, which is what you've
13 been saying; correct?
14   A.   Yes.
15        MR. CAMPAGNA:  The next exhibit is Exhibit
16 146.
17        (EXHIBIT 146 WAS MARKED FOR IDENTIFICATION.)
18 BY MR. CAMPAGNA:
19   Q.   Do you recognize this document?
20   A.   No.
21   Q.   It's entitled "Agreement Per Transfer of
22 Ownership in Lieu of Debt For JD Investments, LLC."  If
23 you turn to the second page of the document, is that
24 your signature at the bottom of the page above the word
25 "Deepak Chopra"?

1  A.  I can't recognize the signature.  It doesn't
2  look like my signature, but it could have been.
3  Q.  What about above where it says "Chopra
4  Enterprises, Deepak Chopra"; is that your signature?
5  A.  Could be.  I can't recognize it.
6  Q.  You don't recall signing the document?
7  A.  I don't recall signing -- I don't recall this
8  document.
9  Q.  The first paragraph of the document on the
10  first page, it says:  "JMD Investments and Deepak
11  Chopra and Chopra Enterprises agree on the complete
12  release of ownership of Deepak Chopra's 50 percent
13  interest in JMD Investments based on the following
14  terms."
15  Do you recall any discussions around this
16  release of your 50 percent interest?
17  A.  The only thing I recall was that I was not
18  involved with JMD after it was formed and maybe
19  sometime later on we formalized the agreement which is
20  this agreement.  I don't recollect the agreement, but
21  maybe later on we made it official.  That's what
22  happened.
23  Q.  Well, the document on the second page purports
24  to be signed by you and it looks like Juan Carmona on
25  December 28th, 2007.  You got an effective date of

810

Case: 10-05196    Doc#?1065-3 AN Filed: 07/23/12 TORRANCE SHORTHAND REPORTING (866) 750-DEPO Entered: 08/10/12 15:33:35    Page 14 of 20

January 1st, 2007. And you're saying that you weren't involved with JMD from its inception sometime in 2005 through the next couple years; is that correct?

A. That's correct.

Q. If you look at the last paragraph of this page, paragraph 2(C) in the middle of that paragraph. "Deepak Chopra acknowledges that the balance of $14,724.23 is the balance of the $15,000 still owed by Chopra Enterprises/NB Investment to JMD Investments in order to pay Ashraf Tharwani."

A. I have no idea. You'd have to ask Juan this question. I can't help you with this document.

Q. Could you help me with where it says "NB Investment"?

A. No, I can't.

Q. I don't remember if you were involved in NB Investment.

A. Initially.

Q. This was with Narinder Bains; correct?

A. Yes.

Q. That's what "NB" stands for?

A. Yes.

Q. But you don't recall the money that's still owed to JMD in order to pay Ashraf Tharwani?

A. No.

Case: 10-05196 Doc# 185-3 Filed: 07/23/12 Entered: 08/10/12 15:33:35 Page 15 of 20

1    Q.  Do you know if that was part of the adversary
2 proceeding by Ms. Tharwani against you and the
3 companies?
4    A.  I don't know.  I have no idea because she
5 settled with us.  So I have no idea if this is part of
6 it or not.  I don't think so, this $15,000.
7    Q.  And if you look at paragraph 2(D) on the next
8 page where it says "SEC Venture Group is O-W-E-S."  It
9 probably should say "is owed money" to -- or "owes
10 money" to JMD Investments to pay Clint about $16,000.
11       Are you familiar with that debt?
12    A.  I cannot recollect the document.
13       MR. ISON:  He asked you if you're familiar
14 with that debt.
15       THE DEPONENT:  What debt?  Clint Rosenthal's
16 debt.
17       MR. ISON:  Reread the question, please.
18       THE DEPONENT:  Reread the question, please.
19       MR. ISON:  Listen to the question and answer
20 the question.
21       THE COURT REPORTER:  "Question:  And if you
22           look at paragraph 2(D) on the next page where
23           it says 'SEC Venture Group is O-W-E-S.'  It
24           probably should say 'is owed money' to -- or
25           owe's money' to JMD Investments to pay Clint

```
1            about $16,000.
2            "Are you familiar with that debt?"
3            THE DEPONENT:  Yes.
4            MR. CAMPAGNA:  Next in order is 147.
5            (EXHIBIT 147 WAS MARKED FOR IDENTIFICATION.)
6   BY MR. CAMPAGNA:
7       Q.   This is a statement of information for JMD
8   Investments, LLC, dated 12/28/07.
9            Are you familiar with this document?
10      A.   No.
11      Q.   It's got Juan Carmona's name on it.  So he'd
12  be the one to ask about JMD Investments, as you've
13  previously said; is that correct?
14      A.   Yes.
15           MR. CAMPAGNA:  I'm going to mark the next in
16  order Exhibit 148.
17           (EXHIBIT 148 WAS MARKED FOR IDENTIFICATION.)
18  BY MR. CAMPAGNA:
19      Q.   Do you recognize this document?
20      A.   No.
21      Q.   Do you recognize the transaction that's being
22  discussed in these board meeting minutes of ESD
23  Investments, LLC?
24      A.   Yes.
25      Q.   What do you -- what do you recall?
```

1  A.   We were discussing the ownership of Hawaii
2  property, Manila Camp.
3  Q.   Okay.  What was the purpose of the discussion
4  of the property in Manila Camp?
5  A.   How the ownership would be divided.
6  Q.   And at this time you did have an interest in
7  ESD Investments?
8  A.   I don't recollect.  It was a very short time.
9  Doug McGraw and Cynthia McGraw were the owners.  They
10 were husband and wife and they formed an LLC with me
11 and Chopra, Deepak Chopra.  Nothing happened in the ESD
12 Investments as far as I'm concerned.  No transaction
13 took place.  No tax return was filed.  Nothing
14 happened.  I have no idea what they did with it.
15 Q.   So at the time that it appears that this
16 ownership of Manila Camp is going to be split 33
17 percent each between Ms. Tharwani, Westley Barling and
18 ESD Investments, you therefore didn't have any
19 ownership interest in this property; is that correct?
20 A.   I don't recollect, but this thing never
21 happened.
22 Q.   What never happened?
23 A.   What is in this document for Manila Camp.
24 Q.   What part didn't happen?  The transfer of the
25 interests into 33 percent, 33 percent, 33 percent?

A. Yes.

Q. What happened with it?

A. I have no idea what happened to Wes Barling. I think he took his money out. ESD was never accumulated as far as I know. To the best of my knowledge, they were there for some time and they -- they took the corporate books and they took off with ESD Investments. I have no idea what happened to ESD Investments.

Q. Did you put any money into ESD Investments?

A. I think when we started ESD Investments I was part owner of the -- I think I was part owner of ESD Investments, 49 percent and they were 51 or we were -- they were majority shareholders. But after it was formed, the bank account was opened, they just disappeared with the ESD. They just -- they just -- I have no idea what happened with the ESD corporate books or anything. You should ask Doug McGraw and Cynthia McGraw.

MR. CAMPAGNA: Would you repeat my question.

THE COURT REPORTER: "Question: Did you put any money into ESD Investments?"

THE DEPONENT: I don't recollect.

BY MR. CAMPAGNA:

Q. But you do recall that you had an interest in

```
 1   ESD Investments, 49 percent, with the McGraws having
 2   the majority ownership; is that correct?
 3        A.   Initially, yes.
 4        Q.   Initially?
 5        A.   Yes.
 6        Q.   And then you had no interest in ESD?
 7        A.   I had no -- I had interest in ESD, but they --
 8   it just did not exist after that.
 9             MR. CAMPAGNA:  Next in order is 149.
10             (EXHIBIT 149 WAS MARKED FOR IDENTIFICATION.)
11   BY MR. CAMPAGNA:
12        Q.   Do you recognize this document?
13        A.   Yes.
14        Q.   How do you recognize it?
15        A.   This has David Eugene Patterson's name.
16        Q.   What's the significance of David Patterson's
17   name on the document?
18        A.   He owned the Manila Camp.  He owned the Manila
19   Camp.
20        Q.   Is this the Manila Camp property that's
21   identified in Exhibit 148?
22        A.   Yes.
23        Q.   What else can you say about this quitclaim
24   deed dated March 29th, 2007?
25        A.   He quitclaimed to LDE Group for -- he had the
```

Case: 10-05196   Doc#: 105-3   Filed: 07/23/12   Entered: 08/10/12 15:33:35   Page 20 of 20

TORREANO SHORTHAND REPORTING (866) 760-DEPO

816