1    A.   Yes.

2    Q.   Do you know if he was working with a

3  particular attorney in Hawaii at the time who may have

4  drafted the deed of trust?

5    A.   Yes, he would be working with an attorney in

6  Hawaii.

7    Q.   Who was the attorney?

8    A.   I don't know the name.

9    Q.   Did you ever have communications with that

10  attorney?

11    A.   No.

12    Q.   And co-owning the property with Mr. Husain,

13  were there expenses that had been incurred between the

14  time of purchase and the time of the refinance?

15    A.   Yes.

16    Q.   So what was the arrangement for payment of

17  expenses?

18    A.   Split 50/50 negatives.

19    Q.   What do you mean by "split 50/50 negatives"?

20    A.   After paying the mortgages and the rent income

21  coming in, whatever is left was -- was split 50/50

22  positive or negative.

23    Q.   Who gave the deed of trust to Mr. Husain?

24    A.   Juan Carmona.

25    Q.   I mean not physically.  I mean who -- who

1    was -- was it Chopra Enterprises Corporation was giving

2    the deed of trust for its interest in the Molokai

3    property?

4        A.   Which deed of trust?  There was seven deeds of

5    trust.

6        Q.   The one that we were just talking about.

7    Because there was the second deed of trust for the

8    balance of the refinance money.

9        A.   It's true.

10       Q.   So who -- my question was who gave the deed of

11   trust?  Was it Chopra Enterprises that --

12       A.   Chopra Enterprises.

13       Q.   Okay.  That gave Mr. Husain the -- the deed of

14   trust?

15       A.   Yes.

16       Q.   And then what happened to the deed of trust

17   after it was given to Mr. Husain?

18       A.   I have a copy of it signed and notarized.

19           MR. ISON:  He didn't ask you if you had a copy

20   of it.  He asked you what happened to it.

21           THE DEPONENT:  It was sent to Mr. Husain.

22   BY MR. CAMPAGNA:

23       Q.   Okay.  So at some point the second deed --

24           MR. ISON:  Listen to the question.

25   //

Case: 10-05196   Doc# 1065   Filed: 07/22/12   Entered: 08/06/12 17:42:18   Page 2
of 30
FORT AND SHORTHAND REPORTING 866 1542 DEPO

1    BY MR. CAMPAGNA:

2        Q.   At some point the second deed of trust was

3    notarized?

4        A.   Yes.

5        Q.   Where was it notarized?

6        A.   San Jose, Campbell.

7        Q.   Who was the notary?

8        A.   I do not recollect.

9        Q.   Was it somebody in the offices of Chopra

10   Enterprises Corporation?

11       A.   We didn't have a notary.  We had to use an

12   outside notary.

13       Q.   Who did you use as an outside notary?

14       A.   Different notaries.  Many notaries.

15       Q.   You don't know -- of the many notaries that

16   Chopra Enterprises used, you don't know the particular

17   one who notarized this deed of trust?

18       A.   No.

19       Q.   Maybe if you saw the person's name on the

20   certificate, the notary certificate --

21       A.   Yes.

22       Q.   -- that might --

23       A.   Okay.

24       Q.   We might look at that.

25            After the deed of trust was notarized in San

610

TORREANO SHORTHAND REPORTING (806) 356-DEPO

1    Jose, then what happened to it?

2         A.  It was sent -- Juan sent it to Husain,

3    Mr. Husain.

4         Q.  What did Juan -- that's Mr. Carmona.  What did

5    Juan Carmona send to Mr. Husain?

6         A.  A notarized deed of trust, second deed of

7    trust, and the money owed on it.

8         Q.  He sent him the original?

9         A.  The original.

10        Q.  How do you know that Juan sent the original to

11   Mr. Husain?

12        A.  Because I have it in my documentation.

13        Q.  What do you mean you have it in your

14   documentation?

15        A.  I have a note in the documentation.

16        Q.  What type of note?

17        A.  A note that was sent to Mr. Husain.

18        Q.  You have a notation written somewhere?

19        A.  Yes.

20        Q.  Have you produced that?

21        A.  I think I have.

22        Q.  Okay.  It's certainly within the scope of the

23   documents that were requested and I haven't seen any

24   notation by you that you sent the original or that Juan

25   Carmona sent the original.  So I'd ask that you

1    supplement your production on that through your

2    attorney and provide your -- whatever your notation

3    is.

4        A.   I will check for the notation.

5        Q.   So you're saying that you know that Juan sent

6    the original to Mr. Husain because you have a notation

7    in -- somewhere that you wrote saying that Juan sent

8    the original to Mr. Husain; is that correct?

9        A.   No.  Let me correct myself.

10       Q.   Okay.

11       A.   Whenever we recorded new deeds of trust --

12   whenever we did the new deeds of trust in Mr. Husain's

13   case, as far as I remember -- and you can ask Juan --

14   mr. Husain wanted to record it and we would send it to

15   him and he would record it because he wanted to see the

16   deeds of trust.

17            I in my file have somewhere a notation that

18   I've been trying to find, but I have a copy of the

19   original deed of trust notarized for Mr. Husain for

20   that amount of money for what we owe them.

21            MR. CAMPAGNA:  Can you repeat the last

22   response of Mr. Chopra, please.

23            THE COURT REPORTER:  "Answer:  Whenever we

24            recorded new deeds of trust -- whenever we did

25            the new deeds of trust in Mr. Husain's case,

612

1          as far as I remember -- and you can ask

2          Juan -- Mr. Husain wanted to record it, and we

3          would send it to him, and he would record it

4          because he wanted to see the deeds of trust.

5          "I in my file have somewhere a notation that

6          I've been trying to find, but I have a copy of

7          the original deed of trust notarized for

8          Mr. Husain for that amount of money for what

9          we owe them."

10    BY MR. CAMPAGNA:

11         Q.   Is a second deed of trust a new deed of

12    trust?

13         A.   It's a new deed of trust.

14         Q.   I wanted to distinguish that from it being the

15    first deed of trust for some other document.

16              So you're going to -- you think you've got

17    this notation.  You're going to look for it.

18              Were there any times that you recall that

19    Chopra Enterprises Corporation or you or Mr. Carmona

20    were to be the ones to record the original deeds of

21    trust, the trust given to Mr. Husain?

22         A.   I don't recollect.  I don't recollect.

23         Q.   So it's possible that at some point -- at some

24    times it may have been somebody other than Mr. Husain

25    who was charged with recording deeds of trust securing

1  his interests in various properties?

2      A.  I don't -- you'll have to ask Juan that

3  because he was in charge of all deeds of trust.

4          MR. CAMPAGNA:  We will be sure to ask

5  Mr. Carmona that.

6          MR. ISON:  At the trial?

7          MR. CAMPAGNA:  Okay.  We're going to mark the

8  next in order Exhibit 118.

9          (EXHIBIT 118 WAS MARKED FOR IDENTIFICATION.)

10 BY MR. CAMPAGNA:

11     Q.  Do you recognize Exhibit 118?

12     A.  No, I don't.

13     Q.  So it's an invoice dated June 1, 2006 from

14 Chopra Enterprises Corporation billed to Iqbal Husain,

15 and the description says improvements for KNK 113.

16          Is that the unit 113 in Molokai that we've

17 been talking about?

18     A.  Yes.

19     Q.  Okay.  And then it's by American Express,

20 Deepak Chopra, AC.

21          What is the "AC"?

22     A.  Account maybe.

23     Q.  A 50 percent share, $21,316.73.  Do you see

24 that there?

25     A.  Yes.

614

1     Q.   Does that notation mean anything to you?

2     A.   No.

3     Q.   I'm trying to think.  Because you mentioned

4   that you shared expenses and this is an invoice from

5   Chopra Enterprises to Husain.

6          Does it look like it's telling him that he

7   needs to pay something for his share of expenses?

8     A.   I'm sure it does, but I need to see -- yes, it

9   does.

10     Q.   Okay.  And would Juan Carmona also have

11   information about this?

12     A.   Yes.

13     Q.   Do you recognize the handwriting towards the

14   lower right-hand portion of this page?

15     A.   No.

16     Q.   It says paid 7,488.51 with this check.

17          Would you recognize Juan Carmona's handwriting

18   if you saw it?

19     A.   Not really.

20     Q.   Would you recognize Mr. Husain's handwriting

21   if you saw it?

22     A.   No.

23     Q.   Did you receive -- did you personally receive

24   invoices regarding 113 that you had to pay?

25     A.   No.

1      Q.   Or that Chopra Enterprises had to pay?

2      A.   No.

3           MR. CAMPAGNA:   The next exhibit is

4    Exhibit 119.  It's called "Agreement to Transfer

5    Deed."  December 13th, 2006.

6           (EXHIBIT 119 WAS MARKED FOR IDENTIFICATION.)

7           MR. ISON:   Can we take a break?

8           MR. CAMPAGNA:   We can take a break.

9           (Recess taken.)

10   BY MR. CAMPAGNA:

11     Q.   Mr. Chopra, you've had a chance to read over

12   Exhibit 119?

13     A.   Yes.

14     Q.   Do you recognize the document?

15     A.   I don't recollect the document, but I

16   recognize the document.  I know the contents of the

17   document.

18     Q.   It's called "Agreement to Transfer Deed."

19   This agreement is being entered into on December 13th,

20   2006.  So if you recall the contents, you recall that

21   there's this agreement to transfer deed between Chopra

22   Enterprises and Iqbal Husain of the Khan Living Trust?

23     A.   Yes.

24     Q.   Then let's look at the bottom.

25          Do you recognize the signatures?  We'll take

616

1    the one at the left-hand side.  It says by Chopra

2    Enterprises Corporation CEO 12/13/06.

3        A.   Yes.

4        Q.   Is that Juan Carmona's signature?

5        A.   Yes.

6        Q.   Then to the right there's another signature

7    12/13/06.

8            Do you recognize that signature?

9        A.   Yes.

10       Q.   Were you there when those signatures were

11   made?

12       A.   I don't recollect.

13       Q.   And then -- there appears to be what is your

14   signature below the signature lines above where it says

15   PL000004.

16           Do you see that there?

17       A.   Yes.

18       Q.   Is that your signature?

19       A.   Yes.

20       Q.   And what does it say underneath it?

21       A.   I can't read that either.

22       Q.   Does it say shareholder or stakeholder?

23       A.   Shareholder maybe.

24       Q.   Why did you sign this document?

25           MR. ISON:   "Stockholder" probably.

Case: 10-05196    Doc#565 Filed: 07/23/12    Entered: 07/23/12 15:42:19    Page 10
of 30

1    THE DEPONENT: Stockholder.

2  BY MR. CAMPAGNA:

3    Q.   Stockholder.  Third time is the charm.

4         Why did you sign this document?

5    A.   Juan gave it to me.

6    Q.   Juan told you to sign it?

7    A.   Just gave it to me and asked me to review it

8  and signed it maybe.  I don't know why I signed it.  I

9  don't know why I signed it.

10   Q.   Was this signed before the refinance?

11   A.   I don't know.  You'd have to ask Juan.

12   Q.   The third paragraph down it says "CEC," which

13 we know is Chopra Enterprise Corporation; right?

14   A.   Yes.

15   Q.   It says: "CEC wishes to refinance the

16 property and the trust is willing to relinquish its

17 ownership if the following conditions are met:  CEC

18 pays $56,898.35."

19        Is that about right?

20   A.   I can't recollect now.  I'm sure it's right.

21   Q.   Okay.  Do you know -- I'm just trying to get

22 the facts straight.

23        So the refinance amount, would it make sense

24 that the refinance amount was two times $56,898.35?

25   A.   I don't know how much it was.  It's on the

618

1    back of this.

2         Q.   When you say it's on the back of it, there's

3    handwriting on the document that's-Bates-labeled

4    PL000001.

5         Do you recognize this document?

6         A.   I recognize what happened, the sequence.

7         Q.   Okay.  But do you recognize this document

8    itself?

9         A.   No, I don't recognize the document.

10        Q.   So what's the sequence that you recognize?

11        A.   It says that --

12        Q.   And you can point it out to me because it's --

13   you know, we're just trying to --

14        A.   It's just price 315.

15        Q.   Okay.

16        A.   So basically Iqbal is selling 50 percent of

17   his shares for 56,898.

18        Q.   Are you getting that from where it says "sell

19   for"?

20        A.   Yes.  Iqbal was paid 36,566.97 on 12/22/06.

21        Q.   Do you remember that transaction?

22        A.   Yeah, I looked at the transaction because this

23   is part of the lawsuit.  I looked at this 113.  I have

24   the documentation.  And the remaining was 20,331.80.  A

25   deed of trust was put on that.  That's the deed I was

1    talking to you about earlier.  It's notarized and I

2    have a copy of it.

3         Q.  All right.  So the notarized deed -- so the

4    refinance -- so that refinance amount -- I'm trying to

5    fill in my blank here.  It's probably twice the 56, but

6    I don't know if we actually concluded that.

7              Mr. Husain was paid approximately 36,000

8    sometime after the agreement to transfer deed in

9    December of '06.  20,331.80 is remaining.

10             So how was it that part of the selling price,

11   the $56,898.35, got incorporated into a deed of trust?

12        A.  Well, this is -- this calculation is part of

13   Mr. Husain and Mr. Juan's spreadsheet I'm sure.  It

14   shows up in a Quickbook that Mr. Husain agreed to sell

15   his part for 56,898 after the refinance, and that's the

16   amount that he was supposed to pay Mr. Husain.  He paid

17   him 36,566.97.  Okay?  And he quitclaimed the deed to

18   us and he put a second deed of trust for 20,331.80 that

19   we did not pay him.  That's the simple mathematics.

20        Q.  Now, why didn't you pay him the full 56,000

21   after the refinance?

22        A.  There's -- Mr. Juan can answer that.

23   Mr. Husain I'm sure we have it in Quickbooks interest

24   being accrued on that or being paid to him.  We'd be

25   glad to show that to you, but there must be some

620

1   agreement they had.  I have no idea.  But we just

2   secured it per Mr. Husain's agreement, Juan did, for

3   20,331.80 for the secured deed of trust against the

4   property.

5       Q.  So the initial agreement was that the full

6   half of the refinance amount would get paid to

7   Mr. Husain.  It wasn't.  But part of it was paid to

8   Mr. Husain.

9           Subsequently in making arrangements with you

10  and Mr. Carmona, Mr. Husain then accepted the second

11  deed of trust?

12      A.  That's the best of my knowledge.

13      Q.  When we talked about that, that deed of trust

14  and the transfer, the agreement to transfer deed, you

15  noted that there was 20,331.80 remaining.  Then -- and

16  this is December of 2006.

17          When was the deed of trust prepared to secure

18  this interest for Mr. Husain?

19      A.  I don't have the deed of trust with me, but

20  I'm sure you have it and we have it in the records.

21      Q.  Do you know if it was prepared right away

22  along with --

23      A.  Mr. Juan would know that.  I have no idea.

24      Q.  When you say "Mr. Juan," it's Mr. Juan

25  Carmona; correct?

621

TORREANO SHORTHAND REPORTING

1       A.  Yes.

2               MR. CAMPAGNA:  Okay.  We're going to mark the

3   next exhibit Exhibit 120.

4               (EXHIBIT 120 WAS MARKED FOR IDENTIFICATION.)

5   BY MR. CAMPAGNA:

6       Q.  Now you've had a chance to look at

7   Exhibit 120.  Do you recognize this document?

8       A.  Yes, I do.

9       Q.  How do you recognize it?

10      A.  When I saw this I have a copy of it at home.

11      Q.  What is this document?

12      A.  It's a deed of trust for the balance of the

13  money.

14      Q.  Is this the copy of the document that you have

15  at your home?  Is this a -- is this a version of the

16  copy that you have at your home?

17      A.  Yes.

18      Q.  How do you know that?

19      A.  Because I'm looking at the deed of trust for

20  4/17/07 and the amount for 20,331.80.

21      Q.  Do you also have this copy that has a fax

22  stamp at the top of each of the pages?

23      A.  I don't recollect.

24      Q.  Do you recognize that fax number,

25  (408) 379-4276?

Case: 10-05196    Doc# 1065    Filed: 08/18/12    Entered: 08/18/12 15:02:19    Page 15
of 30
TORREANO SHORTHAND REPORTING (866) 1560-DEPO

1     A.   No.

2     Q.   Could that be the fax stamp for Chopra

3  Enterprises Corporation?

4     A.   I have no idea.

5     Q.   Would Juan Carmona possibly know that?

6     A.   Could be.

7     Q.   So on 4/17/07 Chopra Enterprises makes this

8  document; is that right?

9     A.   Yes.

10     Q.   Do you recognize the handwriting on page 1,

11  4/17/07?

12     A.   No.

13     Q.   Is it your handwriting?

14     A.   No.

15     Q.   Based on what you said earlier, then it's

16  probably Juan Carmona's?

17     A.   I have no idea whose handwriting it is.

18     Q.   Pardon?

19     A.   I have no idea whose handwriting it is.

20     Q.   I thought you said earlier that he's the one

21  who prepared this.

22          MR. ISON:  His testimony was that Juan Carmona

23  had it prepared.

24  BY MR. CAMPAGNA:

25     Q.   Yeah.  Juan Carmona is the one who had this

Case: 10-05196    Doc# 106-5    Filed 07/23/12    Entered 08/10/12 15:42:19    Page 16 of 30
TORREANO SHORTHAND REPORTING (866) 1760-DEPO

1    prepared?

2        A.   Yes.

3        Q.   If you turn towards the end of the document,

4    there's a notary page that you were referring to, and

5    it's April 17th, 2007, the same date on the front, the

6    front page.

7            And then there's the -- the words:  "Before me

8    appeared Juan Carmona, CEO of Chopra Enterprises

9    Corporation."

10           Do you see that there?

11       A.   Yes.

12       Q.   Then the notary is Lisa Stark?

13       A.   Yes.

14       Q.   I think Lisa Stark's name has come up in the

15   course of this deposition.

16           Who was Lisa Stark?

17       A.   She's a good friend of ours.

18       Q.   A good friend of whose?

19       A.   A good friend of ours.  She's a notary and

20   she's a friend of ours.  She comes to the company.  She

21   notarizes all legal documents for transactions for

22   title companies.

23       Q.   So Lisa Stark is still a friend of yours?

24       A.   It's a friend of ours.

25       Q.   And going back to April 17, 2007, Lisa Stark

Case: 10-05196   Doc#106-5 Filed: 07/22/12  TORREANO SHORT/HAND REPORTING (866) 560-1861 Entered: 08/13/12 15:42:19  Page 17 of 30

1  was a friend of yours personally?

2      A.  I don't know if she was a friend at that time,

3  but she was a notary public that did title documents

4  for big title companies.  She used to drive around and

5  that -- that was her business, notary, mobile notary.

6  She was a mobile notary.

7      Q.  And she was also performing the mobile notary

8  services for Chopra Enterprises Corporation?

9      A.  Not all the time.  Sometimes.  Sometimes we

10  used someone else.

11      Q.  So sometimes you would have her come to Chopra

12  Enterprises Corporation office?

13      A.  Yes.

14      Q.  Would you ever have her do that or was it

15  always Juan who would have her do that, either/or?

16      A.  The secretary would do that.  Whoever was

17  doing the deeds.

18      Q.  Okay.  But you sometimes would also contact

19  Ms. Stark and ask her to come and notarize something

20  for you?

21      A.  I may have.

22      Q.  So this document 4/17/07 by Chopra Enterprises

23  Corporation given to Iqbal Husain to secure an amount

24  that was owed to him in December of 2006; correct?

25      A.  It was owed to him once the refinancing was

1    done.

2         Q.   Which was December of 2006?

3         A.   I don't know when this was finally completed.

4    This was an agreement and then he applied for

5    refinance.  It takes two months, three months to get a

6    refinancing of that.

7         Q.   Had the refinancing been commenced prior to

8    this agreement?

9         A.   I have no idea.  Juan knows.

10        Q.   Juan exclusively would have information about

11   the details of the refinance?

12        A.   It would be in a book somewhere.

13        Q.   Okay.  But you personally didn't have anything

14   to do with effectuating the refinance?

15        A.   I signed the papers when the refinancing was

16   done because it was under -- under my name.

17        Q.   Were there papers that were needed to be

18   signed prior to the refinancing in order to get the

19   refinancing started?

20        A.   I don't recollect how that worked.  It's

21   supposed to maybe.  I don't think so.  I think the

22   refinancing is done later on.  There may be some --

23   some papers to start the loan.

24        Q.   Do you have those refinancing papers in your

25   files?

626

1    A.  I'm sure we do in our files.

2    Q.  Do you recall whether you produced them in

3 this case?

4    A.  I don't recollect.

5    Q.  Okay.  If you have them, they are certainly

6 within the scope of the documents that would be

7 relevant and within the scope of the documents that we

8 requested for this case and I would ask that you

9 supplement your production in that regard.

10   A.  We will.

11   Q.  Thank you.

12       It shows here on the notary page -- we already

13 talked about that.

14   A.  Okay.

15   Q.  You are aware that this deed was never

16 recorded?

17   A.  No, I was not aware of it.

18   Q.  Are you aware now that this deed was never

19 recorded?

20   A.  Now I am.

21   Q.  When did you become aware for the first time

22 that this -- this deed of trust for Mr. Husain was not

23 recorded?

24   A.  When he filed a complaint.

25   Q.  Had you ever at any time instructed anybody at

627

1  Chopra Enterprises Corporation to refrain from

2  recording the deed of trust given to Mr. Husain?

3       A.  No.

4       Q.  Incidentally, do you know if that 20,000 was

5  ever paid to Mr. Husain?

6       A.  I don't recollect.  All accounting is in the

7  Quickbooks.

8       Q.  Are you aware of any other deeds of trust that

9  were given to parties securing an interest using the

10  unit 113?

11       A.  There was one more given after that.

12       Q.  Who was that given to?

13       A.  Raj Jindia.

14       Q.  Can you spell his name?

15       A.  R-A-J.  J-I-N-D-I-A.

16       Q.  R-A-J.  J-I-N-D-I-A.

17            MR. ISON:  Two words.

18  BY MR. CAMPAGNA:

19       Q.  What was the deed that was given to Raj

20  Jindia?

21       A.  $45,000.

22       Q.  Why was he given a deed of trust secured by

23  unit 113?

24       A.  Because we secured it -- he gave us -- he gave

25  us some money which is unsecured, and then we secured

Case: 10-05196   Doc#196-5   Filed: 07/30/12   Entered: 08/06/12 15:02:19   Page 21 of 30
TORREANO SHORTHAND REPORTING (866) 1562-DEPO

1   it with three properties.  One was 113.

2       Q.  So when you said "he gave us money," who did

3   he give the money to?

4       A.  Chopra Enterprise Corporation.

5       Q.  So when you say that he gave money to Chopra

6   Enterprises Corporation, are you saying he gave money

7   to you and Juan Carmona?

8       A.  No.  He gave it to Chopra Enterprises

9   Corporation.

10      Q.  Chopra Enterprises Corporation.

11          So the unit 113 was one among three properties

12  used to secure the 45,000?

13      A.  Secured whatever he gave us.  He gave us more

14  than $45,000.

15      Q.  I see.  45,000 of it was secured by unit 113?

16      A.  Yes.

17      Q.  How did the deed of trust for Raj Jindia come

18  about?

19      A.  He just wanted a security on the -- on the

20  money he gave us.  So we gave him three properties to

21  secure against that equity and at that time it's equity

22  in 113.  There was thirty, forty thousand left over.

23  So we gave him the deed of trust for 113.

24      Q.  Okay.  So who did he work with to get the

25  security at 113?

629

1    A.   Juan Carmona.

2    Q.   Did he work with you at all?

3    A.   No.   He may have talked to me about it, but

4  Juan Carmona did the deeds.

5    Q.   You said at the time that there was thirty to

6  forty thousand in equity in unit 113?

7    A.   After his 45,000.

8    Q.   After his 45,000 there was still another

9  thirty to thirty-five thousand equity?

10    A.   Yes.

11    Q.   And how do you know that?

12    A.   Because we did an appraisal, another

13  appraisal, called a couple of agents to find out.   And

14  he may have done a written appraisal.   I don't know.

15  He could.

16    Q.   And then about what time period was this deed

17  of trust to Raj Jindia?

18    A.   I don't recollect that.

19    Q.   So the one to Mr. Husain was in April of 2007,

20  and I think you said that this one was afterwards.

21    A.   Could be afterwards, yes.

22    Q.   And Juan Carmona was with Chopra Enterprises

23  Corporation at the time?

24    A.   Yes.

25    Q.   And he left Chopra Enterprises Corporation in

Case: 10-05196    Doc#:106-5   Filed:07/28/12   Entered:08/06/12 15:10:12   Page 23
TORREANO SHORTHAND REPORTING (865) 560-DEPO    of 30

1    2009; correct?

2        A.   I don't recollect when he left, but sometime

3    around that time.

4        Q.   Maybe 2008?

5        A.   End of 2008 time.

6        Q.   So sometime before Juan Carmona left this

7    transaction occurred.

8            And do you recall -- after the Jindia deed of

9    trust was recorded, do you recall seeing the appraisal

10   report that showed that there was thirty to thirty-five

11   thousand dollars equity remaining?

12       A.   No.

13       Q.   How do you there was an appraisal report if

14   you didn't see it?

15       A.   I'm sure Raj did an appraisal on that because

16   there were properties being sold on that island for

17   that amount of money.  So I'm sure he called a real

18   estate agent to find out.

19       Q.   Well, how are you so sure?

20       A.   Because I knew what the prices were at that

21   time.  I used to go to Molokai to look at the

22   properties and there was -- there was -- appraisals

23   were coming out at 400,000, 420 at that time.

24       Q.   Do you recall in 2006 whether you went to

25   Molokai to review the properties?

631

1    A.  I would go to Molokai once every three or four

2  months.

3    Q.  Where would you go when you would go to

4  Molokai to visit the properties?

5    A.  I would go to Molokai.  It's a small island.

6  Stay at one of the condos.  Maybe 113, 109.

7    Q.  Would you go anywhere else?

8    A.  I just go over three days and come back.

9    Q.  Were the lawyers offices over there?

10   A.  No, no.

11   Q.  On Molokai?

12   A.  No lawyers offices in Molokai.

13   Q.  Where were the lawyers offices?

14   A.  No.

15   Q.  I just want to keep it clear.  We all know

16  there's no lawyers office on Molokai.

17   A.  I think it was in Honolulu or Maui.

18   Q.  On your trips to Molokai you said every three

19  to four months, would you also go to other islands?

20   A.  No.  Unless I've been on a vacation with my

21  kids.  Once a year I would go.  Usually I'd go to

22  Molokai and back.

23   Q.  So your business involving real estate of

24  Molokai didn't require you to go to any of the other

25  islands or Honolulu to visit the lawyer or anything

1   like that?

2       A.   No.

3       Q.   Except maybe on a layover?

4       A.   Yeah.   Honolulu was a layover or maybe Maui

5   was a layover.

6       Q.   And then the way that the information on an

7   appraisal report that you think Raj would have gotten

8   done on unit 113 following his receipt of security in

9   113, your knowledge came from Raj himself?

10      A.   No, from Juan Carmona.

11      Q.   From Juan.   So a little bit secondhand Juan

12  tells you what?

13      A.   I go there three, four months.   I see the

14  properties being sold.   So I know what the value is.

15          MR. ISON:   He asked you what Juan told you.

16  He didn't ask you if you went there every three or four

17  months.

18          THE DEPONENT:   Juan did his due diligence to

19  find out what the value was.

20  BY MR. CAMPAGNA:

21      Q.   Okay.   Did Juan tell you what the value was?

22      A.   I don't recollect.

23      Q.   So when you were saying that Juan told you,

24  you're guessing that Juan would have told you?

25      A.   He may have told me, but I don't recollect

1    what he told me.

2        Q.  And it's also possible that your understanding

3    of the thirty to thirty-five thousand dollars equity

4    remaining after Raj Jindia got his security interest in

5    unit 113 came from your own observations in the field

6    of the Molokai properties?

7              MR. ISON:  Objection.  Misstates the

8    testimony.  He said thirty to forty thousand equity.

9              THE DEPONENT:  Juan Carmona was -- my

10   information came from my visits to Molokai and my

11   talking to real estate agents of similar properties

12   being sold.

13             Juan's information came from his doing his due

14   diligence with Raj to find out what the properties were

15   either by appraisals or talking to agents and I do not

16   recollect how they did it.

17   BY MR. CAMPAGNA:

18       Q.  After Raj Jindia received security interest in

19   unit 113, is it your understanding that the security

20   interest was recorded?

21       A.  It was recorded.

22       Q.  How do you know it was recorded?

23       A.  Because Raj Jindia was involved in recording

24   it.

25       Q.  How do you know that?

1    A.    Because he called me several times.

2    Q.    And he told you what?

3    A.    That he had some questions on the deeds and

4  his lawyers.  The lawyer was asking him some

5  questions.  So he was -- he recorded it.  He was making

6  sure it was recorded.  He was talking to Juan Carmona

7  that it was recorded and I remember it distinctly.  And

8  it was recorded.

9    Q.    Do you recall how he had it recorded?  Did he

10 have the lawyers record it or did he fly to Hawaii and

11 have it recorded himself?

12   A.    He didn't fly to Hawaii to record it.  He got

13 it recorded.  He and Juan got it recorded.  I don't

14 know how they got it recorded, but it was recorded.

15   Q.    At some point then you got the understanding

16 from Raj that, in fact, he did get the document

17 recorded?

18   A.    Yes.

19   Q.    And you're thinking probably with Juan

20 Carmona's collaboration?

21   A.    I don't know that, how he got it recorded, but

22 he did get it recorded.

23   Q.    When we go back and we think about the deed of

24 trust that was given to Mr. Husain, did you personally

25 ever make efforts to have this deed of trust recorded?

1      A.   We had a lot of transactions with Mr. Husain.

2  So he always took care of his -- to make sure

3  everything was recorded, everything was done right.  He

4  always did.  He was on top of it.

5          MR. ISON:  Okay.  We're going to take a little

6  break here.

7          (Recess taken.)

8          MR. CAMPAGNA:  Next document we mark is

9  Exhibit 121.

10          (EXHIBIT 121 WAS MARKED FOR IDENTIFICATION.)

11  BY MR. CAMPAGNA:

12      Q.   Do you recognize this document?

13      A.   No.

14      Q.   At the top it says "TitleSearch.com," and it

15  appears to be the property and ownership information

16  for property for Chopra Enterprises Corporation at 50

17  Kepuhi Place, K-E-P-U-H-I, Place, 113.

18          Is that the same unit 113 that we've been

19  discussing?

20      A.   Yes.

21      Q.   That's on Molokai?

22      A.   Yes.

23      Q.   Is it true that as of March 5th, 2010, Chopra

24  Enterprises Corporation is the sole owner of the unit

25  113?

TORREANO SHORTHAND REPORTING (866) 760-DEPO

1          A.   Yes.

2          Q.   How do you know that?

3          A.   It says "grantee"; right?  I don't know.  It

4     says grant owner's name, Chopra Enterprises

5     Corporation.

6          Q.   Yes?

7          A.   That means it's owned by the corporation.

8          Q.   Actually, the deed date it says here is

9     4/12/2007 when you look at deed investing information.

10    Let me ask you a question.

11             Currently Chopra Enterprises Corporation owns

12    unit 113; is that correct?

13         A.   Yes.

14         Q.   Okay.  And in 2007 at the time that

15    Mr. Husain's deed of trust was prepared, Chopra

16    Enterprises Corporation was the sole owner of unit

17    113?

18         A.   I do not know that.  It should say that on the

19    deed.

20         Q.   If you turn to the second page, it says:

21    "Additional mortgage deed of trust information.

22    Mortgage owner, Chopra Enterprises Corp."  Then under

23    that it says:  "Mortgagee, Rajinder Jindia,"

24    R-A-J-I-N-D-E-R, Jindia, and Urmil, U-R-M-I-L, Jindia.

25             Do you see that?