

The following constitutes
the order of the court. Signed April 30, 2013

**Charles Novack**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re Deepak Chopra,<br><br>    Debtor. | Case Number 10-52819<br><br>Chapter 7 |
| Iqbal Husain,<br><br>    Plaintiff,<br><br>v.<br><br>Deepak Chopra,<br><br>    Defendant. | Adversary Case No. 10-05196<br><br>Judgment by the Court without a Jury<br><br>3070 – The Honorable Charles Novack |

### JUDGMENT BY THE COURT WITHOUT A JURY

This action was tried by the Honorable Charles Novack, U. S. Bankruptcy Judge, without a jury.  Pursuant to the Memorandum Decision following trial in Adversary Proceeding Contesting Debtor's Right to Discharge Under U.S.C. Section 523(a)(2)(A), 523(a)(4), and 523(a)(6) ("Memorandum Decision"), which constitutes the Court's findings of fact and conclusions of law under Federal Rule of Bankruptcy Procedure 7052(a), entered by this Court on April 17, 2013, ECF 130,

LET JUDGMENT BE ENTERED AS FOLLOWS:

# JUDGMENT

NOW, THEREFORE, in consideration of the premises and in conformity with the foregoing Memorandum Decision, it is hereby ORDERED and ADJUDGED that Judgment is hereby entered in favor of Defendant Deepak Chopra on the First Amended Complaint.

**END OF JUDGMENT**

# COURT SERVICE LIST

[ECF Recipients Only]